Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida [▼]

_____ Division

| | | |
|---|---|---|
| Hopkins, Michelle E | ) | Case No. |
| | ) | _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* [ ] Yes [✔] No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| Vogt, Debra | ) | FILED BY___ CᴑS ___ D.C. |
| Cindy, Olstein | ) | |
| | ) | AUG 05 2021 |
| | ) | |
| *Defendant(s)* | ) | ANGELA E. NOBLE |
| *(Write the full name of each defendant who is being sued. If the* | ) | CLERK U.S. DIST. CT. |
| *names of all the defendants cannot fit in the space above, please* | ) | S.D. OF FLA. – W.P.B. |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Hopkins, Michelle E |
| Street Address | PO Box 18091 |
| City and County | West Palm Beach |
| State and Zip Code | FL, 33416-8091 |
| Telephone Number | 561-324-3028 |
| E-mail Address | mswhopkins@gmail.com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Debra Vogt |
| Job or Title *(if known)* | Supervisor, Licensed Clinical Supervisor |
| Street Address | 5757 N. Dixie Hwy |
| City and County | Fort Lauderdale, and Broward County |
| State and Zip Code | Florida, 33334 |
| Telephone Number | 954-734-2000 |
| E-mail Address *(if known)* | Debra.Vogt@uhsinc.com |

Defendant No. 2

| | |
|---|---|
| Name | Cindy, Olstein |
| Job or Title *(if known)* | Licensed  Mental Health  Counsel, Therapist |
| Street Address | 5757 N. Dixie Hwy |
| City and County | Fort Lauderdale, and Broward County |
| State and Zip Code | Florida, 33334 |
| Telephone Number | 954-734-2000 |
| E-mail Address *(if known)* | Cindy.Olstein@ushinc.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
29.754

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)*  Hopkins, Michelle E                , is a citizen of the State of *(name)*  Florida                .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)*                , is incorporated under the laws of the State of *(name)*                ,
   and has its principal place of business in the State of *(name)*                .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)*  Cindy, Olstein, LMHC                , is a citizen of the State of *(name)*  Florida                . Or is a citizen of *(foreign nation)*                .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* Debra, Vogt, LCSW , is incorporated under the laws of the State of *(name)* Florida , and has its principal place of business in the State of *(name)* Fort Lauderdale Behavioral Health .

        Or is incorporated under the laws of *(foreign nation)* ,

        and has its principal place of business in *(name)* .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Please see attachment.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting that the courts have the information removed from my record with Fort Lauderdale Behavioral Health Records and damages into the sum of 75,000 due to mental emotion and defamation of character. I am also requesting that new policy and procedures are put in place that this experience never happens to anyone else in the future. I believe and know that I was wrongfully terminated on the basis of plagiarism. I adhere and uphold the NASW Code of Ethics and I did not have any knowledge the documents was plagiarized. I have never been terminated from a place of employment and the supervisor did not allow me to advocate for myself.

Debra Vogt requested that I, Michelle Hopkins, initiate a Marchman Act Assessment:

1) Ms. Vogt was aware of the lack of experience that I had in completing the task.

2) Ms. Vogt Insisted that I compete the Marchman Act Assessment without any assistance and that training had been given to me.

3) Ms. Vogt stated that training was provided on completion of Marchman Act Assessment, when in fact there was only a staff meeting where literature was provided to everyone present at the meeting.

4) Ms. Vogt made accusation that I had plagiarized the document; although, I did not complete the Marchman Act Assessment.

Cindy Olstein provided me instruction on how to complete the Marchman Act:

1. Ms. Olstein instructed me to remove specific information from the Marchman Act Assessment.

2. Ms. Olstein initiated the Marchman Act Assessment on her office desktop, and she only requested my signature after completion.

I, Michelle Hopkins, worked at Ft. Lauderdale Behavioral Health located in Ft. Lauderdale, Florida. It was requested of me to initiate a Marchman Act Assessment by Debra Vogt who knew that I did not have any experience on how to complete an Marchman Act Assessment. On 6/28/2020 Cindy Olstein-Licensed Mental Health Counselor (LMHC) initiated the Marchman Act assessment; although Ms. Vogt was very adamant that I complete the Marchman Act. I completed the Marchman Act Assessment under the instruction and supervision of Cindy Olstein, LMHC, who advised me to remove information from the Marchman Act Assessment.  Cindy Olstein called Debra Vogt on Sunday, 6/28/2020 to inform her of missing documentation, which was the "Family Petition", at that point Debra Vogt asked Cindy Olstein why is she completing the Marchman Act Assessment, per Cindy statement which I was in the room the with Cindy when Debra Vogt was conversing with Cindy Olstein via cell phone and text messages.

 Cindy stated to Debra, Michelle does not know how to complete an Marchman Act Assessment. Debra informed Cindy Olstein that I (Michelle Hopkins) had to complete the Marchman Act Assessment and that I was provided training.  At that point Cindy Olstein stopped working on the Marchman Act Assessment; however, she agreed to assist this writer with the Marchman Act Assessment that she initiated on her desktop. Cindy Olstein asked that I (Michelle) come over to her desk due to the fact that she had begun the Marchman Act Assessment.  On 06/29/2020, Ms. Vogt contacted me via my personal cell phone to inform me that the Marchman Act Assessment was  plagiarized; however, I had no knowledge  that the Marchman Act Assessment was plagiarized.  I asked if I can come in and correct the

issues, she stated that she would contact me later and that she would call Cindy Olstein to re-do the Marchman Act Assessment.

On 6/30/2020, Ms. Vogt notified me and informed me that I was terminated due to plagiarism of an Marchman Act Assessment which was not initiated by me. The Marchman Act Assessment as I stated above was initiated by Ms. Olstein and I signed the document. In my attempts to explain to Ms. Vogt, Cindy Olstein initiated the assessment; Ms. Vogt asked me why do I continue to mention Cindy name because she was the one who initiated the Marchman Act Assessment.  Ms. Vogt did not terminate Cindy Olstein; however, she contacted Cindy Olstein on 06/29/2020 to complete a new Marchman Act Assessment. As I stated, I do not have any experience in completing Marchman Act Assessment.

Cindy is experienced with Marchman Act Assessment and she has completed multiple Marchman Act Assessment.  On each unit there is a camera. The camera will show myself and Cindy Olstein entering into the patient room. I do not have any reason to provide false information.   A Staff Meeting Agenda (3) pages of information covered during staff meeting. Ms. Vogt, indicated I received training on how to complete Marchman Act Assessment, I recalled receiving samples of how to complete a Marchman Act Assessment, at a  staff meeting; however; a training and staff meeting are two different entity. I will continue to make this be known that I did not receive any training of such in a staff meeting in reference to Marchman Act Assessment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      8/5/ 2021

Signature of Plaintiff      *Michelle Hopkins*

Printed Name of Plaintiff      Michelle E. Hopkins

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____